FILED
2009 Feb-13 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| JENNIFER LOUISE SINGLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-AR-1134-S |
| | ) |
| HEALTH CARE GROUP, d/b/a MOUNT ROYAL TOWERS, | ) |
| | ) |
| Defendant. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed his findings and recommendation on January 22, 2009. The magistrate judge recommended therein that the Motion to Dismiss for Lack of Prosecution be granted and this action dismissed with prejudice. No objections to the magistrate judge's findings and recommendation have been filed..

Having carefully reviewed and considered *de novo* all the materials in the court file the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the Motion to Dismiss for Lack of Prosecution is due to be GRANTED and this action DISMISSED with prejudice. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 13th day of February, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE