IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER LOUISE SINGLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-AR-1134-S |
| | ) |
| HEALTH CARE GROUP, d/b/a MOUNT ROYAL TOWERS, | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss for Lack of Prosecution is GRANTED and this action is DISMISSED with prejudice.

As to the foregoing it is SO ORDERED this the 13th day of February, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE